# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JEANIE LINN NESTLEHUT                                                                                      PLAINTIFF

v.                                      No. 1:13CV00033 JLH-JTK

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                            DEFENDANT

## JUDGMENT

Pursuant to the Opinion entered separately today, the decision of the Social Security Commissioner denying benefits to Jeanie Linn Nestlehut is affirmed. Jeanie Linn Nestlehut's complaint is dismissed with prejudice.

IT IS SO ORDERED this 11th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE